FILED

11/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0312

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0312

_____

T.M.B., by and through DARCY SAUNDERS,
CAPITAL CITY CASE MANAGEMENT,
Guardian and Conservator,

      Plaintiff and Appellant,

      v.

WEST MONT and STATE OF MONTANA,

      Defendants and Appellees.

O R D E R

_____

On June 5, 2023, Appellant filed a Notice of Appeal in this matter. In that Notice, Appellant asserted that transcripts had been ordered in accordance with M. R. App. P. 8(3). Appellant further filed a contemporaneous Notice of Transcripts Deemed Necessary for Appeal. On June 15, 2023, the District Court record was filed in this Court. To date, no transcripts have been filed.

IT IS ORDERED that, on or before December 15, 2023, Appellant shall file a report on the status of this appeal. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2023